

IN THE
TENTH COURT OF APPEALS

No. 10-14-00194-CV

CROSS CREEK LAND & CATTLE CO., LTD,
AND THOMAS M. GAUBERT,

Appellants

 v.

AGTEXAS FARM CREDIT SERVICES,
AGTEXAS FARM FLCA, AGTEXAS PCA,
AGTEXAS FCS APPRAISAL SERVICE,
AND ETTORE REGALZI,

Appellees


From the 40th District Court
Ellis County, Texas
Trial Court No. 89538


## MEMORANDUM  OPINION


Appellants and Appellees have filed a motion entitled "Amended Agreed Motion to Dismiss Appeal."  The parties request that we enter an order setting aside the trial court's judgment without regard to the merits and remanding the case to the trial court for rendition of judgment in accordance with the parties' agreements.  *See* TEX. R.

APP. P. 42.1(a)(2)(B).  Accordingly, we grant this motion under Rule 42.1(a)(2)(B), set aside the trial court's judgment, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreements.


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; judgment set aside; case remanded
Opinion delivered and filed October 23, 2014
[CV06]

